IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD TOMMY GORDON**  PETITIONER
**ADC #150471**

v.  Case No. 4:24-cv-01020-KGB

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**  RESPONDENT

## ORDER

Before the Court are the Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 10). Respondent Dexter Payne responded to petitioner Richard Tommy Gordon's petition for writ of *habeas corpus* by filing a motion to dismiss asserting that Mr. Gordon's petition was a successive *habeas corpus* petition that was filed without permission from the Eighth Circuit Court of Appeals as required by 28 U.S.C. § 2244(b)(3)(A) (Dkt. No. 6). Mr. Gordon responded to the motion to dismiss with his own motion to dismiss without prejudice (Dkt. No. 9). In the motion, he acknowledged that his petition for writ of *habeas corpus* is successive, and he requested to dismiss voluntarily his petition without prejudice to allow him to seek permission from the Eighth Circuit Court of Appeals to file a second or successive petition (*Id.*, ¶ 1). On June 13, 2025, Mr. Gordon again filed a motion to dismiss without prejudice. In the motion, he again admits that his petition is a successive and seeks dismissal with prejudice to allow him to seek relief to file a second or successive petition (Dkt. No. 11, at 1).

After careful consideration, the Court adopts the Findings and Recommendation in its entirety as this Court's findings of fact and conclusions of law. The Court grants Mr. Gordon's request for voluntary dismissal of his petition (Dkt. No. 9) and dismisses without prejudice his petition for writ of *habeas corpus* (Dkt. No. 2). The Court denies as moot Director Payne's motion

to dismiss (Dkt. No. 6) and Mr. Gordon's motion to dismiss without prejudice (Dkt. No. 11). Mr. Gordon's motion to proceed *in forma pauperis* is also denied as moot (Dkt. No. 1). Mr. Gordon has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(1)-(2), and the Court denies a certificate of appealability.

It is so ordered this 16th day of June, 2025.

Kristine G. Baker
Chief United States District Court Judge